# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FREDERICK MANGRUM

NO. 2026 KW 0232

**JUNE 1, 2026**

---

In Re: Frederick Mangrum, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR10-133283.

---

BEFORE: **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                    MRT
                    KEB
                    BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.